| | | | |
|---|---|---|---|
| | AUSA: Roy R. Kranz | Telephone: (989) 895-5712 | |
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: Phil Mata, BIA | Telephone: (989) 488-8750 | |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Maurice Henry Hixon

Case: 1:22-mj-30175
Judge: Morris, Patricia T.
Filed: 04-08-2022
CMP USA V HIXON (kcm)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 5, 2022__ in the county of __Isabella__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1151<br>18 U.S.C. § 113(a)(8); Strangulation<br>18 U.S.C. § 1152<br>18 U.S.C. § 922(g)(1); Felon in Possession of Firearm | COUNT 1: Defendant, a non-Indian, within Indian country, as defined in 18 U.S.C. §1151, that is, the Isabella Reservation, assaulted C.B., an Indian and his intimate and dating partner, by attempting to strangle and by strangling her, in violation of 18 U.S.C. sections 113(a)(8), 1151, and 1152.<br>COUNT 2: Defendant knowing he had been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm in violation of 18 U.S.C. section 922(g)(1). |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Phil Mata, BIA
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: 4/8/2022

City and state: Bay City, Michigan

_____
Judge's signature

Patricia T. Morris, United States Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
# FOR MAURICE HENRY HIXON

I, Phil Mata, being duly sworn, depose and state:

1. I am a Detective with the Saginaw Chippewa Tribal Police Department and have been employed as a police officer for approximately 22 years. I am also a sworn Bureau of Indian Affairs (BIA) federal officer. During my career I have been involved in numerous investigations concerning assault and firearms. The following is based on a statement from witnesses and statements from other law enforcement officers and individuals.

2. The information included in this affidavit is provided for the limited purpose of establishing probable cause that Maurice Henry Hixon committed the offenses of Strangulation of an Intimate or Dating Partner and Felon in Possession of a Firearm on or around April 5, 2022, in violation of 18 U.S.C. § 113(a)(8) and 18 U.S.C. § 922(g)(1) therefore it does not contain all of the facts known to me. Additionally, unless otherwise noted, wherever in this affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement.

3. According to C.B., Maurice Henry Hixon, her boyfriend and intimate and dating partner that she has lived with for approximately four months, grabbed C.B. by the throat and squeezed to the point that C.B. had trouble breathing.

1

C.B. rated the strength of Hixon's grip on her throat as a 7 out of 10 with 10 being the hardest possible.

4. According to C.B., this all happened at 330 West Cherry Street, Apartment Y23, Union Township, Mount Pleasant, Michigan, which is on the Isabella Reservation within Indian country.

5. Affiant knows that Maurice Hixon is a non-Indian and C.B. is an Indian.

6. C.B. had multiple red marks on her neck which were consistent with C.B. being strangled.

7. C.B. also told police that there was a .45 caliber handgun in her home which Hixon routinely possesses. C.B. advised that if the gun was not in the nightstand then the police should see if Hixon hid it in the dirty clothes as he has done that before.

8. On April 7, 2022 the police entered 330 West Cherry Street, Apartment Y23 with the permission of C.B. a resident of that address. Once inside the police discovered a .45 caliber Glock handgun. Engraved on the handgun by the manufacturer is "made in Austria." Affiant is aware that the gun had to have traveled in interstate commerce.

9. Hixon waived Miranda and agreed to talk to the police. Hixon admitted to being aware of the Glock handgun mentioned above that the police found in the

residence. Hixon said he encouraged C.B. to buy the firearm and even went with her to purchase it because he knows about guns.

10. Affiant is aware that Hixon has the following felony convictions which are all punishable by more than one year in prison: Assault with the Intent to Rob while Armed on or about April 24, 1995 in Wayne County Circuit Court; Criminal Sexual Conduct in the 3rd Degree (Person 13-15) on or about November 24, 1998 in the Wayne County Circuit Court; and Sex Offender Fail to Comply with Registration Act on or about October 12, 2007 in the Wayne County Circuit Court.

11. Based on the above-described information, there is probable cause to believe that on or around April 5, 2022, Maurice Henry Hixon committed a Strangulation or Attempted Strangulation against C.B., in violation of 18 U.S.C. §§ 113(a)(8), 1151, and 1152 and a Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1).

_____
Phil Mata, BIA

Sworn to before me and signed in my presence
and/or by reliable electronic means
this 8th day of April, 2022.

_____
HON. PATRICIA MORRIS
United States Magistrate Judge