UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MAURICE HIXON,

        Dedendant.

_____

Criminal No. 22-CR-

Case: 4:22−cr−20328
Assigned To : Kumar, Shalina D.
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 6/27/2022
Description: INFO USA V. HIXON
(KB

**I N F O R M A T I O N**

_____

THE UNITED STATES ATTORNEY CHARGES:

**(18 U.S.C. §§ 113(a)(8), 1151 and 1152)**
**Assault of an Intimate or Dating Partner by Strangulation**
**or Attempted Strangulation**

On or about April 5, 2022, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, **Maurice Hixon**, a non-Indian, assaulted C.B., an Indian and his intimate and dating partner, by attempting to strangle and by strangling her, in violation of 18 U.S.C. §§ 113(a)(8), 1151 and 1152.

Dated:  June 24, 2022

DAWN N. ISON
United States Attorney

| | |
|---|---|
| s/Roy R. Kranz | s/Anthony P. Vance |
| ROY R. KRANZ (P56903) | ANTHONY P. VANCE |
| Assistant U.S. Attorney | Assistant U.S. Attorney |
| 101 First Street, Suite 200 | Chief, Branch Offices |
| Bay City, Michigan 48708-5747 | |
| (989) 895-5712 | |
| roy.kranz@usdoj.gov | |

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:**   Thomas L. Ludington |
| ☐ **Yes**         x **No** | **AUSA's Initials:**   RRK |

**Case Title:** USA v.   Maurice Hixon

**County where offense occurred:**   Isabella

**Check One:**   **X Felony**   __ **Misdemeanor**   **Petty**

```
_____Indictment/____Information ---   no prior complaint.
_____Indictment/ X  Information ---   based upon prior complaint [22-mj-30175]
_____Indictment/____Information ---   based upon LCrR 57.10 (d) [Complete Superseding section below].
```

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐    Corrects errors; no additional charges or defendants.
☐    Involves, for plea purposes, different charges or adds counts.
☐    Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date:   June 27, 2022

s/Roy R. Kranz
Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:   989-895-5712
Fax: 989-895-5790
E-Mail address: roy.kranz@usdoj.gov
Attorney Bar #:   P56903

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.