Honorable Judge Ludington:

I Maurice H. Hixon would first and foremost like to express my deepest apology to the victim Chelsea M. Bennett and her family for any physical and mental pain that I have inflicted on them.  I make no excuses for my actions and only hope and pray that they would one day forgive me for my behavior.

Secondly, I would like to apologize to my stepchildren David and Miranda as their father figure, I am supposed to set a better example than the one I displayed.  I'm supposed to be someone that they can feel safe and come to and not someone that they feel they can't.  Last but not least, the three lovely ladies that are in my life and the ones that I hurt and let down, but somehow, they still are in my corner and haven't given up on me.  Dawn, my best friend and ex-wife, my mother-in-law Pamela Ennis and my mother Pamela Hixon.  I appreciate that they did not given up on me and that they love me unconditionally.   I know better and I was raised better.  I ask for forgiveness and I am firm in saying this will not happen again.

To the Court, I apologize for breaking the law.  I am 45 years old and there isn't any excuse for me not to know better.  I only ask the Court to show a little leniency.  I lost my Father two years ago and my family needs me.  I have a younger brother and sister; they are twenty-three years old and in college and are also working.  My Mom is getting older and she needs me.  My mother-in-law needs me to help her after she has surgery, and my stepchildren and ex-wife need me as well.  Please take into consideration that I am diabetic and have PTSD and mood depressive disorder.  I held a 4.0 GPA in college at ITT Tech before they shut down.


Thank you,


Maurice Hixon

